UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAN F. BECKER,

        Plaintiff,

v.

WARDEN HUDSON, et al.,

        Defendants.

CASE NO. C07-1418 RSM

ORDER ADOPTING REPORT AND RECOMMENDATION

    Having considered the pleadings, the Report and Recommendation of Magistrate Judge Monica J. Benton, and the remainder of the record, the Court hereby finds and ORDERS:

    (1) The Court adopts the Report and Recommendation (Dkt. #3).

    (2) Petitioner's federal habeas petition and this action are dismissed for lack of jurisdiction.

    Dated September 13, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1